UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Fern Rolle                                                         Case No.  15-22605-RAM
                                                                                      Chapter 7

_____ Debtor/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2015, a true and correct copy of the Emergency Motion to Reopen and Reinstate Case or, In the Alternative, to Reduce Prejudice Period [DE 27] and Notice of Hearing [DE 28] were sent as follows:

**via Notice of Electronic Filing to:**

Robert A. Angueira
Chapter 7 Standing Trustee
trustee@rabankruptcy.com, fl79@ecfcbis.com, tassistant@rabankruptcy.com, lisa@rabankruptcy.com, lillian@rabankruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**via U.S. first class mail to:**

Discover Bank
PO Box 3025
New Albany, OH 43054

Ashro/Swiss Colony
1515 S 21 Street
Clinton, IA 52732

Bank of America
PO Box 982235
El Paso, TX 79998

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Discovery Financial Services LLC
PO Box 15316
Wilmington, DE 19850

Edfinancial
120 N Seven Oaks Drive
Knoxville, TN 37922

Merchants Credit Guide
223 W, Jackson Blvd.
Ste. 410
Chicago, IL 60606

Midnight Velvet
1112 7 Avenue
Monroe, WI 53566

Tara McDonald, Esquire
exL Legal
12425 28th Street North, Suite 200
Saint Petersburg, FL 33716
tmm@exllegal.com
efiling@exllegal.com
courtxpress@firmsolutions.us
fascimile: (727) 539-1094

Value Pawn Shop
5255 NW 27 Avenue
Miami, FL 33142

Webbank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2020-1(A).

**Respectfully Submitted by:**
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Joint Debtors, Richard DeJesus Pineda and Amy Elizabeth Figueroa Fred
3000 Biscayne Blvd., Suite 500
Miami, Florida 33137
Telephone: (305) 438-2463
Facsimile: (305) 573-5800
           /s/
Lissette Labrousse, Esq.
Florida Bar No.: 00512508